Eastern District of Kentucky
**FILED**

JUN 25 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**

UNITED STATES OF AMERICA

V.                                                              INDICTMENT NO. 6:26-CR-086-REW

RYAN DALE ROY

*   *   *   *   *

**THE GRAND JURY CHARGES:**

**COUNT 1
21 U.S.C. § 841(a)(1)**

On or about July 4, 2023, in Pulaski County, in the Eastern District of Kentucky,

**RYAN DALE ROY**

did knowingly and intentionally possess with intent to distribute 500 grams or more of a

mixture or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, in violation of 21 U.S.C. § 841(a)(1).

**COUNT 2
18 U.S.C. 922(g)(1)**

On or about July 4, 2023, in Pulaski County, in the Eastern District of Kentucky,

**RYAN DALE ROY,**

knowing he had previously been convicted of a crime punishable by imprisonment for a

term exceeding one year, knowingly possessed firearms, namely, a Taurus, Model G2S,

9mm semiautomatic pistol bearing serial number TLU66709; a Ruger, Model SR1911, .45

caliber semiautomatic pistol bearing serial number 671-64578; a Harrington and Richardson, 20-gauge single action shotgun with unknown serial number; and a Savage, .22 caliber semiautomatic rifle bearing serial number L284184, and the firearms were in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

## COUNT 3
### 18 U.S.C. § 924(c)(1)(A)(i)

On or about July 4, 2023, in Pulaski County, in the Eastern District of Kentucky,

**RYAN DALE ROY**

did knowingly possess a firearm in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 1, that is, possession with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841, all in violation of 18 U.S.C. § 924(c)(1)(A).

## FORFEITURE ALLEGATION
### 21 U.S.C. § 853
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1.      By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **RYAN DALE ROY** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **RYAN DALE ROY** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.    By virtue of the commission of the offenses alleged in Counts 2 and 3 of the

Indictment, **RYAN DALE ROY** shall forfeit to the United States any and all firearms and

ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§

922 and/or 924. Any and all interest that **RYAN DALE ROY** has in this property is vested

in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3.    The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**
a.  Taurus, Model G2S, 9mm semiautomatic pistol bearing serial number TLU66709;
b.  Ruger, Model SR1911, .45 caliber semiautomatic pistol bearing serial number 671-64578;
c.  Harrington and Richardson, 20-gauge single action shotgun with unknown serial number;
d.  Savage, .22 caliber semiautomatic rifle bearing serial number L284184; and
e.  All associated ammunition and accessories.

**A TRUE BILL**

█████████████████████████████

**FOREPERSON**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**KELLY K. RIDINGS**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

### COUNT 1:

Not less than 10 years and not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

### COUNT 2:

Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

### COUNT 3:

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Forfeiture of listed items.